IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON subscribing to Policy Nos. SUAWSD50181-2304, SUAWSD50181-2203, SUAWSD50181-2102, and SUAWSD50181-2001, and MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED, <br><br> PLAINTIFFS, <br><br> vs. <br><br> ARETE WEALTH, INC.; ARETE WEALTH MANAGEMENT, LLC; ARETE WEALTH ADVISORS, LLC and UNBO CHUNG, <br><br> DEFENDANTS. | Case No.: 1:25-cv-04260 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Those Certain Underwriters at Lloyd's, London subscribing to Policy Nos. SUAWSD50181-2304, SUAWSD50181-2203, SUAWSD50181-2102, and SUAWSD50181-2001, and Markel International Insurance Company Limited (collectively "Underwriters"), hereby give notice of their dismissal of this action without prejudice.

1. On April 18, 2025, Plaintiffs filed their Complaint for Declaratory Judgment [Dkt. No. 1].

2. None of the Defendants have answered or moved for summary judgment.

3. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that so long as the opposing party has not served either an answer or motion for summary judgment in response to the complaint, a plaintiff may voluntarily dismiss his case without a court order by filing a notice of dismissal.

4. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), Underwriters hereby dismiss this action without prejudice.

Dated: June 12, 2025

                                            Respectfully submitted,

                                            */s/ Howard J. Fishman*
                                            Howard J. Fishman
                                            One of the attorneys for Plaintiffs, THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY CERTIFICATE NO. SUAWSD50181-2304, SUAWSD50181-2203, SUAWSD50181-2102, AND SUAWSD50181-2001, and MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED

Howard J. Fishman
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Wacker Drive, Suite 2550
Chicago, Illinois 60606
Tel: (312) 431-3700
Hfishman@karballaw.com

## CERTIFICATE OF SERVICE

I, Howard J. Fishman, an attorney of record in this matter, hereby state that on June 12, 2025, I electronically filed the foregoing, NOTICE OF DISMISSAL WITHOUT PREJUDICE, using the CM/ECF SYSTEM, which will send notification to all attorneys of record.

*/s/ Howard J. Fishman*
Howard J. Fishman
One of the attorneys for Plaintiffs, THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY CERTIFICATE NO. SUAWSD50181-2304, SUAWSD50181-2203, SUAWSD50181-2102, AND SUAWSD50181-2001, and MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED